UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

CYNTHIA FLOWERS,

Defendant.

Case No. 16-cr-20439

Hon. Matthew F. Leitman

**Offense:** Structuring Financial Transactions
(31 U.S.C. § 5324)

## WAIVER OF INDICTMENT

CYNTHIA FLOWERS, the above named defendant, who is accused of Structuring Financial Transactions, in violation of 31 U.S.C. § 5324, being advised of the nature of the charge and her rights, hereby waives in open court prosecution by indictment and consents that, for the purpose of entering a plea, the proceeding may be by information instead of by indictment.

_____
CYNTHIA FLOWERS
Defendant

**F I L E D**

JUL 1 3 2016

CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
ALLISON FOLMAR
Counsel for the defendant

Date: July 13, 2016