UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CYNTHIA FLOWERS,<br><br>    Defendant. | Case No. 16-cr-20439<br><br>Hon. Matthew F. Leitman<br><br>**Offense:** Structuring Financial Transactions<br>            (31 U.S.C. § 5324) |

### ACKNOWLEDGMENT OF INFORMATION

I, CYNTHIA FLOWERS, defendant in the above-entitled cause, hereby acknowledge that I have received a copy of the Information in this cause prior to pleading to it. I have read it and I understand its contents. I know that if I am convicted or plead guilty, I may be sentenced as follows:

   COUNT 1: Up to 5 years in prison, a fine of $250,000 or twice the amount of gross financial gain, or both.

FILED
JUL 13 2016
CLERK'S OFFICE
U.S. DISTRICT COURT
EASTERN MICHIGAN

_____
CYNTHIA FLOWERS
Defendant

_____
ALLISON FOLMAR
Counsel for Defendant

Dated: July 13, 2016