**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No.  2:16-CR-20439-001 |
| Plaintiff, ) | |
| ) | HON. MATTHEW F. LEITMAN |
| v. ) | U.S. DISTRICT JUDGE |
| ) | |
| CYNTHIA ELIZABETH FLOWERS, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT CYNTHIA FLOWERS' UNOPPOSED MOTION TO FILE SENTENCING MEMORANDUM UNDER SEAL

Defendant Cynthia Flowers, by and through undersigned counsel, moves this Court for leave to submits her Sentencing Memorandum, character letters and supporting documents under seal.  Defendant's Sentencing Memorandum, character letters, and supporting documents contain confidential and personal information regarding Defendant, Defendant's family, work, and other personal identifying information of other persons and entities closely associated with the case.  Counsel has advised the Government's Counsel on the motion and relief requested herein; Government Counsel does not oppose this motion.

Accordingly, Defendant asks this Court to GRANT this motion for leave to file the Sentencing Memorandum, character letters and supporting documents under seal. A proposed Order is submitted along with this motion.

Respectfully submitted,

/s/ *Allison Folmar*

_____
Allison Folmar P60236
Attorney for Plaintiffs-Appellees
29433 Southfield Road
Suite 206
Southfield, MI 48076
(313) 926-7220 (Business Cellular)
Email: allisonfolmargiv@aol.com

DATED: 11/10/2016

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2016, I electronically Defendant's motion with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the following:

Stephen L. Hiyama, Esquire
Assistant United States Attorney
211 West Fort Street, Suite 2001
Detroit, MI 48226-3277
(313) 226-9790
stephen.hiyama@usdoj.gov

/s/ *Allison Folmar*

_____
ALLISON FOLMAR