

**DONALD COLEMAN**
**JUDGE**

# State of Michigan
# 36th District Court
421 Madison Avenue
Suite 4066
Detroit, Michigan 48226-2358

August 31, 2016

AREA CODE: 313
TELEPHONE: 965-8712
FAX: 967-7509

RE: **Ms. Cynthia Flowers**
    **Letter of Reference/Recommendation**

To whom it may concern:

It is rare that I am afforded the opportunity to offer my thoughts regarding an incredible and inspiring person like Ms. Cynthia Flowers. I have known Cindy for many years having first encountered her in the context of my volunteer efforts with school-aged children. She has been instrumental in crafting the logistical nuances of such efforts for myself and many others who are committed to improving the plight of underserved populations in various urban communities. I quickly discovered that she is deeply devoted to a number of causes that are aimed at improving the lives of ordinary people by wedding practical solutions to stubborn problems such as poverty, illiteracy, conflict resolution, youth violence and a host of other social ills.

Cindy's genuine care for young people and others who face a multiplicity of social-economic and educational challenges is certainly breathtaking, but it is her proven ability to organize people, agencies, churches and resources to engineer a strategic response in the context of critical needs that sets her apart. She has long been on the forefront of community development and is a trusted "go to person" for problem-solving. Moreover, I have found Cindy to be incredibly unselfish and uniquely committed to the work of serving others with little regard for either personal recognition or pecuniary gain.

Cindy has that rare combination of solid values, intellectual sophistication, unique skills, focused passion and take charge leadership that makes her an invaluable asset to any organization. It is for these reasons that I give her my very highest recommendation for your consideration of this outstanding young lady. If you have any other concerns or questions, please do not hesitate to contact me using the contact information listed above.

Sincerely,

Donald Coleman

DC/df

October 3, 2016

The Honorable Matthew F. Leitman
Theodore Levin Courthouse
231 W. Lafayette Blvd., Room 1013
Detroit, MI  48226

Dear Judge Leitman;

Thursday, July 31, 2015 is a day that I will never forget.  It would be on this fateful day that I would learn of the actions of Cynthia Flowers.

I have known Cynthia all of her life.  She was reared in a Christian home.  Cynthia's mother was her example and her mentor; she instilled in her the importance of family, education and hard work but more importantly, a relationship with God.

Perfecting Church began in 1989 with only eight members and Cynthia was one of those eight people.  Over the past 27 years our church has grown from eight to several thousand.  This growth came with much work and even greater sacrifice and Cynthia was there from the very beginning, working and sacrificing.  She has worked untiringly throughout the years in every facet of the ministry.  Whether menial or major, Cynthia takes on every assignment and works diligently and goes over and above what is asked of her. Cynthia works when others are sleep; she wears servitude as a badge of honor.  A lot of the success of Perfecting Church can be attributed to her because of her hard work, dedication and love for the ministry.

I don't have the words to explain what I felt in July 2015.  To say that I was greatly hurt and very disappointed would be an understatement.  My feelings were as such because I knew that the person I have known all her life and that had worked for me for the past 27 years had always displayed high values of honesty, trust and integrity.

As President of the corporation I took action and made swift and immediate changes to remedy the situation that so that neither it nor anything like it could ever happen again.  As her spiritual leader I met and counseled with Cynthia.  Cynthia has shown great remorse throughout this situation.  She acknowledges her wrongdoing, has accepted responsibility and admits that she allowed overwhelming circumstances in her personal life to cause her to make grievous mistakes.  In my opinion, Cynthia has yet to forgive herself for what she did and the pain she caused.

7616 E. NEVADA ST.  |  DETROIT, MI 48234
P. 313.36JESUS (53787)  |  F. 313.365.1185  |  www.perfectingchurch.org

Marvin L. WINAN
PASTOR

In my experience as a pastor, when a person has wronged someone they are unwilling to acknowledge their wrongdoing and face their mistakes and they disappear. This has not been the case with Cynthia; she still attends church on a regular basis and is still a faithful, supportive and dedicated member. Though no longer employed at Perfecting Church, she has volunteered over 1,400 hours from August 2015 until now.

Cynthia will soon stand before you for sentencing on charges of structuring. It is my sincere hope and prayer that you will show mercy in judgment when rendering your decision regarding Cynthia's future. I can be reached at 313-600-0274 if would like to speak with me. I appreciate Your Honors time for reading this communiqué on behalf of Cynthia Flowers.

Respectfully,

Marvin L. Winans
Senior Pastor, Perfecting Church

October 1, 2016

Honorable Matthew F. Lietman

231 W. Lafayette Blvd. Room 1013

Detroit, MI 48226

RE: Letter on Behalf of Cynthia Flowers

Dear Honorable Leitman:

My name is Jacqueline D. Ray and I am the assistant Pastor and Chief Operating Officer of Angie Ray Ministries, Church on the Rock in Matteson, IL. I have served in ministry for 37 years in many capacities including, but not limited to leading men's fellowship groups ranging between 70 and 300 men (in which I am the only woman), I am also a chaplain, as well as a family, relationship, and marriage counselor. Frequently our telecast can be viewed on our ministry's syndicated broadcast that airs every Monday night on the Word Network, reaching 8 million homes and 200 countries. We also air locally on channel 62 every Wednesday through Friday, reaching the Chicagoland area as well as Indiana. Furthermore, I am honored to mention that I am the Godmother to over 300 children across many cities and states, humbly striving to be a servant to humanity, specializing in the restoration and deliverance of marriages and families through the love of God.

My purpose in writing this letter today is on behalf of Cynthia Flowers and is to prayerfully shed light on the "who" of Cindy and not just the "what". In the several years that I've known Cindy, I've found her to be a woman of integrity, strength, virtue, and compassion; a true woman of God. For years, even prior to meeting her in 2008, I have watched Cindy tirelessly execute her God-given gifts and abilities in the area of administration to up-build and restore ministries that have fallen into a stagnated place; I've always wondered where she found strength to do what she does. I have witnessed her sacrifice her time in many capacities to include volunteering in community outreach services, assisting with the youth, the homeless, and organizing food drives and the like. I must not forget to mention her spiritual influence as well, impacting souls through prayer. Cindy has donated her personal business attire to women who are in transition; assisting them with their resumes in an effort to better themselves. She also serves as a board member for Great Works Foundations volunteering with senior citizens, teaching them computer literacy skills, all the while being devoted to her family and friends. Her mindset is "what can I do? How can I help?"

On one occasion I had a very large function in which thousands would attend; this being a new endeavor for me, I called upon Cindy for her expertise; her knowledge in effectively dealing with God's people, all the while maintaining a business standpoint caused it to be a success. She was certainly the face behind my drive; encouraging me that I can do all things through Christ that strengthens me. Her relentless drive and love for God's people coupled with the spirit of excellence continues to assist Pastors and ministry leaders throughout the nation as they move forward with the call upon their lives. I've witnessed her work from sun up to sun down; when others have retreated to their comfort zones,

she, with a spirit of humility, encourages them to return to their proper position. Cindy has dedicated her entire existence to ensuring the wellbeing of others, almost to a fault. Once, she attended one of our annual conferences in which should have been a time set aside for her to be refreshed. However, once again, she placed herself to the side in order to make herself available in any capacity; its imbedded in her. Because of her humble and quiet demeanor, many look over her as a person and just see her as well functioning machine. Cindy has been an example to countless young women; not only because of her outward appearance, but because of her heart. You wouldn't have time to read all of the letters and testimonies from those that love and appreciate her for all that she has done and the changes she has made in their lives. She is such a pillar in ministry, in her family as well as the community; many would suffer and would have a difficult time moving forward without her. As you read this letter, I pray that you will feel the sincerity of my heart. Cindy has enhanced my life in such a way that it is difficult to imagine continuing in the things of God without her support.

Again, as a minister having dealt with thousands of people, I recognize that many of us are striving for perfection but yet fall short in one way or another. I've had to minister to and pray for Cindy in this season as the brokenness and sorrow for decisions made have all but immobilized her. She has expressed great devastation yet has repented; according to the word of God, she can be restored. Proverbs 21:1 says "The king's heart is in the hand of the Lord as the rivers of water; he turneth it withersoever He will". I pray that as your heart is in God's hand, it will be turned in her favor.

In His Service,

*Asst. Pastor J. Denise Ray*

Asst. Pastor J. Denise Ray

Cell: (708) 539-1662

Email: pastordray@yahoo.com



# Abundant Life Ministries
Rev. Cordell A. Jenkins, Pastor
www.almtoledo.org

August 10, 2016

The Honorable Matthew F. Leitman
Theodore Levin U.S. Courthouse
231 W. Lafayette Blvd.
Detroit, MI  48226

Dear Judge Leitman;

I send this communication regarding Cynthia Flowers who has appeared before your court.

I have known Cynthia for many years.  Cynthia is an individual that I've found to be deeply committed and serious about her relationship with Christ.  She is very dedicated to her family and her church.  Realizing it may seem hard to believe with the given circumstances, Cynthia is a person of good moral character.

Cynthia's motivation is serving others; whether people in her community, her family or workplace, she exudes a true servant's heart.  When reflecting on people who put others before themselves, she would be thought of.  I've personally witnessed Cynthia work and serve for hours on end, behind the scenes in various settings all for the benefit of servitude.  She gives to others in need and serves without accolades and much deserved recognition.

Throughout the years I have known Cynthia, I've seen her go through ups and downs, several challenges and an enervating divorce.  She has made mistakes.  Specifically speaking to the matter at hand, Cynthia has admitted what she has done, has taken full responsibility and is incredibly remorseful.

It is my hope and prayer that you recognize the power you wield regarding Cynthia's future.  In my opinion, she is someone who deserves judgment with mercy.  I can be reached at 567-806-0770 if you desire to speak with me personally.  Thank you for your time and willingness to read this on her behalf.

Sincerely,

*Pastor Cordell A. Jk*
Pastor Cordell Jenkins

5025 Glendale Ave. Toledo, OH 43614      Ph: 419-382-1300      abundantlifetoledo@att.net



# Greater Works Foundation

16801 Schoolcraft Ave. Detroit, Michigan 48227  313-307-8777

Dr. Louise Guyton, Founder                    Ms. Byna Elliott Chairman of the Board

July 31, 2016

To Whom It May Concern:

I am writing this letter as a character reference for Ms. **Cindy Flowers.** I have known Ms. Flowers for more than 20 years, and she has proven to be an outstanding individual who is committed to her profession. She has always demonstrated extremely high moral integrity and a passion for the people she serves.

A born again Christian, Ms. Flowers works tirelessly as Manager at her place of worship, the Perfecting Church.

Ms. Flowers is involved in many non profit organizations, one notably is her work with the Greater Works Foundation Impacting Change. Ms. Flowers is a founding board member of this foundation that is designed to address needs of individuals and families who are unserved and underserved. She supports its mission and ideals by committing her time, financial and technical resources to accomplish its goals. Each year she assists the foundation in providing programs that help seniors become financially and computer literate. She also mentors high school seniors in preparation for success in college. Cindy has played such an integral role in advancing the mission of Greater Works Foundation, she will be recognized as a GWF Pioneer during the Annual Meeting and Report to the Community later this year.

It is therefore, my honor and privilege to present this letter on behalf of an outstanding, individual who epitomizes strength, grace and high moral character.

If further information is necessary, please feel free to contact me at the numbers identified below.

Sincerely,

*Louise G. Guyton*

Louise G. Guyton, Founder and CEO
Greater Works Foundation Impacting Change
313-515-2135    e-mail: mslgee34@gmail.com    or    louise@thegreaterworksfoundation.org

# CLARK HILL

**PAUL GREEN**
Phone: (313) 965-8279
E-Mail: pgreen@clarkhill.com

Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
T 313.965.8300
F 313.965.8252

clarkhill.com

August 19, 2016

Re:   **Cynthia Flowers**

To Whom It May Concern:

I write this letter in support of and as a reference for Cynthia Flowers, mentioned above in the caption to this letter. I have known Ms. Flowers for over 20 years. During that time, we have interacted regularly and often. We have worked together on numerous projects and business matters. As a result, I have come to know her quite well.

I know her to be an intelligent and competent manager. She has good insight and critical thinking skills. I have always known her to be honest, fair and forthright in her actions and dealings. She is a very hard worker and committed to the improvement of social conditions as evidenced by her consistent service to those types of programs through and as a volunteer for her church. In my opinion, Ms. Flowers is an exceptional person.

Very truly yours,

*[signature]*

Paul Green

PG/gs

THE HOME OFFICES OF
DARNELL D. JACKSON
P.O. BOX 251955
WEST BLOOMFIELD, MI 48325

Dear Allison Folmar;

I have known Cynthia Flowers for over twenty years and I have found her to be a person of tremendous capability. Cynthia has a deep and abiding commitment to our community. She has been recognized for her work in the areas of education, the faith based community and nonprofit organizations that make a difference in the lives of woman and children. Her work in these areas has been demonstrated in her service to seniors, youth, the sick, the poor and her pursuit to provide education to youth that focuses on science, technology, engineering, mathematics, theatrical and musical learning.

Cynthia has superior organizational skills. Through my experiences with her, she has exhibited extraordinary leadership skills and an exceptional drive for accomplishing goals. I have been blessed to work with her, especially in receiving her assistance as a volunteer organizer for several community events. She is especially helpful when confronted with critical time sensitive matters and has a reputation for meeting deadlines.

As a connector, she keeps her finger on the pulse of making success happen when given a responsibility or task. Cynthia has a keen sense of analytical thinking and she uses this skill to organize, plan and achieve great outcomes. When reflecting on an individual who has the capability of leading without accolades, I think of her as she does so with great results. She in known and respected throughout the community as a woman of strength, character and valor. Cynthia is admired by those who know her.

Cynthia has been a trusted friend and confidant for many years. It is with great pleasure that I enthusiastically write this communiqué on her behalf. If you require any additional information, feel free to contact me directly at (313) 268-8990.

Sincerely,

Darnell D. Jackson



Cynthia Flowers
2051 Applewood Dr.
Troy, MI 48085

Dear Cynthia,

I am writing this letter to thank you for your leadership. You are a great partner in the community. I have worked with many community leaders but I consider you one of the bank's key partners. Your leadership and community engagement create great outcomes in our communities. Your project management, financial acumen, process optimization, and strategic outlook is the key reason why the organization has the outstanding outcomes.

The Bank appreciates your community leadership in helping to solve the challenges in the community through the Perfecting Community Development Corporation (PCDC). PCDC provides housing for families that are homeless, the community center, summer programs for the school age children, employment assistance and financial education programs. Additionally, your charter school leadership is widely recognized as driving results in educating our students that are in low wealth communities.

Again I wanted to thank you for your leadership in making a difference in our communities so many times churches serve just the members of the congregation. But through your leadership and commitment you have shown by example how churches can impact the entire community.

Sincerely,

Byna Elliott
Senior Vice President
Fifth Third Bank

# CLARK HILL

**PAUL GREEN**
Phone: (313) 965-8279
E-Mail: pgreen@clarkhill.com

Clark Hill PLC
500 Woodward Avenue
Suite 3500
Detroit, MI 48226
T 313.965.8300
F 313.965.8252

clarkhill.com

August 19, 2016

Allison Folmar

Re:   Cynthia Flowers

Dear Ms. Folmar:

I write this letter in support of and as a reference for Cynthia Flowers, mentioned above in the caption to this letter. I have known Ms. Flowers for over 20 years. During that time, we have interacted regularly and often. We have worked together on numerous projects and business matters. As a result, I have come to know her quite well.

I know her to be an intelligent and competent manager. She has good insight and critical thinking skills. I have always known her to be honest, fair and forthright in her actions and dealings. She is a very hard worker and committed to the improvement of social conditions as evidenced by her consistent service to those types of programs through and as a volunteer for her church. In my opinion, Ms. Flowers is an exceptional person.

Very truly yours,

Paul Green

PG/gs

