UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,                                   Case No. 16-cr-20439
                                              Hon. Matthew F. Leitman

v.

CYNTHIA FLOWERS

    Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION (ECF #17)

On December 12, 2017, Defendant Cynthia Flowers filed a motion for early termination of her probation. (*See* ECF #17.) The Government does not oppose Flowers' request. (*See* ECF #18.) Accordingly, **IT IS HEREBY ORDERED** that Flowers' motion is **GRANTED** and her probation shall be **TERMINATED**.

                                              s/Matthew F. Leitman
                                              MATTHEW F. LEITMAN
                                              UNITED STATES DISTRICT JUDGE
Dated: January 2, 2018


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2018, by electronic means and/or ordinary mail.

                                              s/Holly A. Monda
                                              Case Manager
                                              (810) 341-9763