PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

## FOR THE

### EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA

v.     Crim. No. 2:16-CR-20439-01

CYNTHIA FLOWERS

On <u>November 15, 2016,</u> the above named was placed on Probation for a period of <u>two</u> years. The probationer has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the probationer be discharged from supervision.

Respectfully submitted,

s/LaMisha J. Rice
*U.S. Probation Officer Assistant*

### ORDER OF COURT

Pursuant to the above report, it is ordered that the probationer be discharged from supervision and that the proceedings in the case be terminated.

Dated this      2nd      day of           January          , 20 18     .

s/Matthew F. Leitman
Honorable Matthew F. Leitman
*United States District Judge*